**258**

suant to Rule 111(g), Arizona Rules of the Supreme Court.

69 P.3d 29

**Douglas KENNEDY et al.**

v.

**CITY OF TUCSON.**

**No. CV–03–0051–PR.**

Supreme Court of Arizona.

May 28, 2003.

ORDERED: State's Request to Add Exhibit = DENIED.

FURTHER ORDERED: Stipulation for Dismissal With Prejudice = GRANTED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

FURTHER ORDERED: Motion to Dismiss Petition for Review = DENIED as moot.

69 P.3d 29

**STATE of Arizona**

v.

**Colten Eugene GRIFFIN.**

**No. CR–03–0017–PR.**

Supreme Court of Arizona.

May 28, 2003.

ORDERED: The State of Arizona's Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.